**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**H.H. FRANCHISING SYSTEMS, INC.**                                              **PLAINTIFF**

v.                                         **Case No. 3:23-cv-00251 KGB**

**AT HOME HELPERS LLC,** *et al.*                                              **DEFENDANTS**

**ORDER**

Before the Court are defendants AT Home Helpers LLC, Amanda Derrick, and Terra Boykin's motion to extend time (Dkt. No. 7), defendants' motion for leave to file amended answer (Dkt. No. 17), and plaintiff H.H. Franchising Systems, Inc.'s ("H.H. Franchising") motion for leave to file reply in support of plaintiff's motion for preliminary injunction (Dkt. No. 20). The Court will address each in turn.

First, the Court addresses defendants' motion to extend time (Dkt. No. 7). H.H. Franchising filed its complaint on December 15, 2023 (Dkt. No. 1). The record indicates that defendants were served on December 18, 2023 (Dkt. Nos. 3–5). Federal Rule of Civil Procedure 12 requires a defendant to answer or otherwise respond to a complaint within 21 days of service unless service has been waived under Rule 4(d). Fed. R. Civ. P. 12(a)(1)(A). Therefore, defendants were required to file an answer or otherwise respond to the complaint by January 8, 2024.

On January 12, 2024, defendants filed their motion to extend time because they could not find representation (Dkt. No. 7). On January 17, 2024, the Court on its own motion stayed the matter for 30 days to allow defendants to find representation (Dkt. No. 8). Defendants found representation and submitted an answer to the complaint on January 26, 2024 (Dkt. Nos. 9; 11). H.H. Franchising has not made a filing in opposition the motion to extend time, and the time to do

so has passed. For good cause shown, the Court grants the motion to extend (Dkt. No. 7), and the Court considers defendants' answer as timely filed.

Second, the Court addresses defendants' motion for leave to file amended answer (Dkt. No. 17). Defendants filed their motion for leave to file amended answer on April 2, 2024 (*Id.*). Defendants state that they seek to add a "fair use" defense (*Id.*, ¶ 2). Defendants also state that "Plaintiff intends on withdrawing the affirmative defense of fraud" (*Id.*, ¶ 3). The Court understands this to mean that defendants will withdraw their affirmative defense of fraud, as the proffered amended answer does not include the fraud defense that appears in defendants' original answer (Dkt. Nos. 9, ¶ 60; 17-1). H.H. Franchising has not made a filing in opposition to this motion, and the time to do so has passed. The Court notes that H.H. Franchising states in its motion for leave to file a reply in support of plaintiff's motion for preliminary junction that it seeks to address the "fair use" defense that defendants wish to add in their amended answer (Dkt. No. 20, ¶¶ 3–6). For these reasons, the Court grants defendants' motion for leave to file amended answer (Dkt. No. 17). Defendants have seven days from the entry of this Order to file their amended answer.

Third, the Court addresses H.H. Franchising's motion for leave to file reply in support of plaintiff's motion for preliminary injunction (Dkt. No. 20). H.H. Franchising asserts that its reply will address defendants' "fair use" defense, clarify the controlling law and evidence of "secondary meaning" under the Lanham Act, address companies that defendants claim have similar marks to H.H. Franchising, and address defendants' argument regarding security for an injunction required under Federal Rule of Civil Procedure 65(c), among other things (Dkt. No. 20, ¶¶ 6–7). Defendants have not made a filing in opposition to this motion, and the time to do so has passed. For good cause shown, the Court grants the motion for leave to file reply in support of plaintiff's motion for

preliminary injunction (*Id*.).  H.H. Franchising has seven days from the entry of this Order to file its reply.  The Court will not permit further briefing on this matter absent good cause shown.

It is so ordered this 25th day of July, 2024.

*Kristine G. Baker*
_____
Kristine G. Baker
Chief United States District Judge