**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**H.H. FRANCHISING SYSTEMS, INC.**                                                                 **PLAINTIFF**

**v.**                            **Case No. 3:23-cv-00251 KGB**

**AT HOME HELPERS LLC,** *et al.*                                                                     **DEFENDANTS**

## ORDER

Before the Court are defendants At Home Helpers LLC, Terra Boykin, and Amanda Derrick's ("Defendants") offer of judgment and plaintiff H.H. Franchising Systems, Inc.'s ("H.H. Franchising") notice of acceptance of offer of judgment (Dkt. Nos. 25; 27). Pursuant to the offer of judgment and notice of acceptance of offer of judgment, the Court dismisses H.H. Franchising's complaint against Defendants (Dkt. No. 1). The Court denies as moot H.H. Franchising's motion for preliminary injunction (Dkt. No. 15), H.H. Franchising's unopposed motion to extend expert discovery deadline (Dkt. No. 24), and the parties' joint motion for entry of proposed qualified protective (Dkt. No. 26). A separate Judgment will be entered. The Court retains jurisdiction of this matter for 90 days to ensure compliance with the parties' agreements.

It is so ordered this 2nd day of December, 2024.

                                             Kristine G. Baker
                                             Chief United States District Judge