# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**H.H. FRANCHISING SYSTEMS, INC.**                                **PLAINTIFF**

**v.**            **Case No. 3:23-cv-00251 KGB**

**AT HOME HELPERS LLC,** *et al.*                                  **DEFENDANTS**

## JUDGMENT

Pursuant to plaintiff H.H. Franchising Systems, Inc.'s (H.H. Franchising) Federal Rule of Civil Procedure Rule 68(a) notice of acceptance of offer of judgment (Dkt. No. 27), judgment is entered in accordance with the terms of the offer of judgment. H.H. Franchising's complaint is dismissed (Dkt. No. 1).

It is so adjudged this the 2nd day of December, 2024.

                                                       Kristine G. Baker
                                                       Chief United States District Judge